**Benancio RODRIGUEZ, doing business as Big Ben and Son Trucking, Plaintiff–Appellee**

v.

**MARTIN MARIETTA MATERIALS, INC.; Labor Ready, Inc.; Jesus Hernandez, Defendants–Appellants.**

No. 09–51121
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 4, 2010.

Raul Steven Pastrana, Esq, Austin, Tx, James W. Upton, Upton, Mickits, Hardwick & Heyman, Corpus Christi, TX, for Plaintiff–Appellee.

David Stephenson, Geoffrey N. Courtney, Kathryn A. Stephens, Clemens & Spencer, P.C., San Antonio, TX, for Defendants–Appellants.

Before JONES, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM: *

The court has carefully considered appellants' twin arguments-(1) whether defendants' negligence proximately caused the torn rotator cuff injury asserted by Appellee Rodriguez although he had had a torn rotator cuff previously; and (2) whether the trial court's separate monetary awards for physical impairment and pain and mental anguish impermissibly overlap. Even if these issues were properly preserved, they are founded on the interpretation of evidence before the trial court, which rendered clear and comprehensive findings in support of its legal conclusions following the bench trial. The court's findings on these issues manifest neither clear error nor manifest miscarriage of justice.

Consequently, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.